## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TIA DRUMMOND,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>**Defendant.** | **Case No.:** |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Amazon.com.dedc, LLC ("Defendant" or "Amazon") hereby removes the above-captioned action from the Superior Court of the State of Delaware in and for New Castle County, Case No. N17C-11-071-VLM, to the United States District Court for the District of Delaware.[1]  In support of this Notice of Removal, Defendant states as follows:

### PROCEDURAL BACKGROUND

1.      On November 8, 2017, Plaintiff Tia Drummond ("Plaintiff"), proceeding *pro se*, filed a civil action in the Superior Court of the State of Delaware in and for New Castle County, captioned *Tia Drummond v. Amazon.com, Inc.*, Civil Action No. N17C-11-071-VLM.

2.      On November 20, 2017, Defendant was served with the Complaint.  *See* Exhibit A.

3.      Although Plaintiff previously had filed a Charge of Discrimination before the Equal Employment Opportunity Commission pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII"), Plaintiff's Complaint failed to set forth any specific claims and did not specify under what law she was proceeding.

---

[1]     Plaintiff incorrectly names Amazon.com, Inc. as a defendant.  Amazon.com.dedc, LLC was Plaintiff's actual employer.

4.    As a result, on December 11, 2017, Defendant filed a Motion for a More Definitive Statement, or in the Alternative, Motion to Dismiss Plaintiff's Complaint. *See* Exhibit B.

5.    On February 19, 2018, Plaintiff's Response to Defendant's Motion for a More Definitive Statement, or in the Alternative, Motion to Dismiss (the "Response") was served upon Amazon. *See* Exhibit C.

6.    The Response appears to be a potential attempt to both respond to the Defendant's Motion and amend the Complaint and also, ***for the first time,*** states that Plaintiff intends to bring a cause of action under Title VII.

7.    As a result, this action against Defendant could have been originally filed in this Court pursuant to 28 U.S.C. § 1331 and Title VII.

8.    Fewer than thirty (30) days have elapsed since the Response was received by Amazon through file-and-serve. Accordingly, Defendant has timely filed this Notice of Removal under 28 U.S.C. § 1446(b). *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

9.    The Summons, Complaint, Superior Court's Civil Case Information Statement, Amazon's Motion for a More Definitive Statement, or in the Alternative, Motion to Dismiss Plaintiff's Complaint, Briefing Schedule, and Plaintiff's Response – copies of which are attached hereto as Exhibits – constitute the entirety of the process, pleadings, and orders received by Defendant in this case to date. *See* 28 U.S.C. § 1447.

## **GROUNDS FOR REMOVAL**

10.    This Court has original federal question jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because Plaintiff now has alleged claims under Title VII.

2

11.     Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the . . . laws . . . of the United States." Further, "any civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

12.     Because Plaintiff's Response and/or attempt to amend the Complaint assert claims that arise under Title VII, over which this Court has original jurisdiction, removal is proper under 28 U.S.C. § 1441(a). *Gary v. R C Fabricators, Inc.*, 2012 WL 1949351, at *2 (D. Del. May 30, 2012).

## ALL OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

13.     Venue is proper in the United States District Court for the District of Delaware because this action was originally filed in the Superior Court of the State of Delaware. *See* 28 U.S.C. §§ 1391(b) and 1441(a).

14.     In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the Prothonotary of the Superior Court of the State of Delaware in and for New Castle County, where the suit has been pending.

15.     As of the date of the Notice of Removal, the undersigned Defendant is the only named defendant. Thus, consent to this Notice of Removal is unanimous. 28 U.S.C. § 1441.

WHEREFORE, pursuant to 28 U.S.C. § 1441(a) and in conformity with the requirements set forth in 28 U.S.C. § 1446, Defendant hereby removes this action to the United States District Court for the District of Delaware, and respectfully requests that the Superior Court of the State

3

of Delaware in and for New Castle County proceed no further with respect to this case in accordance with 28 U.S.C. § 1446.

Dated:  February 21, 2018

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Justin K. Victor*
Justin K. Victor (Del# 5705)
1007 North Orange Street
Wilmington, DE 19801
Tel:    (302) 574-3000
Fax:    (302) 574-3001
justin.victor@morganlewis.com

Richard G. Rosenblatt (to be admitted *pro hac vice*)
502 Carnegie Center
Princeton, NJ 08540
Tel:    (609) 919-6600
Fax:    (202) 919-6701
richard.rosenblatt@morganlewis.com

*Attorneys for Defendant*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 21, 2018, a true and correct copy of the foregoing Notice of Removal with exhibit has been served on the party listed below via first-class mail:

Tia Drummond
1 Kimberton Drive
Newark, DE 19713

/s/ Justin K. Victor
Justin K. Victor (Del. Bar # 5705)